# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147399 & (37)

IN RE BROWN
_____/

PHILLIP A. BROWN, II,
   Plaintiff-Appellant,

v

              SC: 147399
              COA: 315325

OAKLAND CIRCUIT COURT,
    Defendant-Appellee.
_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 27, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

d0826